# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PABLO JIMENEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NESTLE WATERS NORTH AMERICA, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 1:20-CV-01762-NONE-JLT<br><br>ORDER GRANTING STIPULATION TO STAY THE ACTION<br><br>(Doc. 9) |

The parties have agreed to engage in mediation and seek a stay to allow this to while preserving their resources. (Doc. 9) They have agreed to provide informally certain needed information without need to engage in formal discovery. Id. Thus, the Court **ORDERS:**

1. All discovery and motion practice shall be stayed in its entirety through August 11, 2021;

2. The parties SHALL file a Joint Mid-Discovery Status Conference Report no later than September 8, 2021. The status report shall include:

    a.    the status of settlement discussions;

    b.    the status of discovery and any discovery disputes between the parties; and

///
///
///
///

1

      c.     a proposed briefing schedule regarding any motion for class certification.

IT IS SO ORDERED.

Dated: **May 26, 2021**         **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE