Larry W. Lee (State Bar No. 228175)
Kristen M. Agnew (State Bar No. 247656)
Nicholas Rosenthal (State Bar No. 268297)
**DIVERSITY LAW GROUP, P.C.**
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile

Attorneys for Plaintiff and the Class

Spencer C. Skeen CA Bar No. 182216
spencer.skeen@ogletree.com
Jesse C. Ferrantella CA Bar No. 279131
jesse.ferrantella@ogletree.com
Cameron O. Flynn CA Bar No. 301830
cameron.flynn@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
4370 La Jolla Village Drive, Suite 990
San Diego, CA  92122
Telephone:     858-652-3100
Facsimile:      858-652-3101

Attorneys for Defendant Nestle Waters North America, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PABLO JIMENEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NESTLE WATERS NORTH AMERICA, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 1:20-cv-01762-NONE-JLT<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE STAY PENDING MEDIATION**<br>(Doc. 11) |

1

1   Plaintiff Jose Pablo Jimenez ("Plaintiff") and Defendant Nestle Waters North America,
2  Inc. ("Defendant") (together with Plaintiff, the "Parties") hereby submit this Stipulation to Stay
3  Case Pending Mediation:
4   WHEREAS, on November 2, 2020, Plaintiff filed a Class Action Complaint for Damages
5  in Kern County Superior Court;
6   WHEREAS, on December 14, 2020, Defendant removed the action to the United States
7  District Court for the Eastern District of California, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446;
8   WHEREAS, on March 31, 2021, the Court issued its Scheduling Order, in which the Court
9  ordered that: i) Plaintiff file his motion for class certification no later than August 15, 2021; ii)
10 Defendant file its opposition to the motion no later than October 17, 2021; iii) Plaintiff file his
11 reply papers no later than November 18, 2021; and iv) non-expert discovery be completed by
12 March 15, 2022;
13  WHEREAS, on March 17, 2021, Plaintiff served an initial round of written discovery,
14 consisting of Requests for Production of Documents (Set One) and Interrogatories (Set One) on
15 Defendant;
16  WHEREAS, after discussions about the claims, on May 7, 2021, the Parties agreed to
17 participate in private mediation with the Honorable Brian Walsh (Ret.) on August 11, 2021 and to
18 engage in informal production of class data and policies in preparation for mediation;
19  WHEREAS, on May 26, 2021, the Parties submitted a Stipulation and [Proposed] Order to
20 Stay the Case Pending Mediation;
21  WHEREAS, on May 28, 2021, the Court entered an Order Granting the Stipulation to Stay
22 the Action and directed the Parties to file a Joint Mid-Discovery Status Conference Report no later
23 than September 8, 2021;
24  WHEREAS, due to a change in leadership of Defendant and those overseeing this action
25 and the resulting unavailability on the initial mediation date scheduled, the Parties agreed to
26 continue the August 11, 2021 mediation to October 6, 2021; and
27  WHEREAS, in light of the scheduled mediation, and in order to provide the Parties with
28 the maximum ability to focus on resolving the case at mediation, the Parties request that the Court

continue the stay on discovery and continue the deadline to file the Joint Mid-Discovery Status Conference Report.

NOW, THEREFORE, the Parties agree and stipulate to the following, subject to the approval of this Court:

1. All discovery and motion practice shall be stayed in its entirety through October 6, 2021.

2. The Parties shall provide a Joint Mid-Discovery Status Conference Report to this Court no later than November 3, 2021. The status report shall provide, at a minimum, notice to the Court regarding the following:

    a. the status of settlement discussions;

    b. the status of discovery and any discovery disputes between the parties; and

    c. a proposed briefing schedule regarding any motion for class certification

IT IS SO STIPULATED.

DATED:  August 19, 2021                    DIVERSITY LAW GROUP, P.C.


By:  */s/ Kristen M. Agnew*
      Larry W. Lee
      Kristen M. Agnew
      Nicholas Rosenthal
Attorneys for Plaintiff and the Class


DATED:  August 26, 2021                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:*/s/ Jesse C. Ferrantella* (as authorized on 8/26/21)
      Spencer C. Skeen
      Jesse C. Ferrantella
      Cameron O. Flynn
Attorneys for Defendant

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties presented to the Court on August 20, 2021, and good cause appearing, it is hereby ordered:

1. All discovery and motion practice shall be stayed in its entirety through October 6, 2021.

2. The Parties shall provide a Joint Mid-Discovery Status Conference Report to this Court no later than November 3, 2021. The status report shall provide, at a minimum, notice to the Court regarding the following:

   a. the status of settlement discussions;

   b. the status of discovery and any discovery disputes between the parties; and

   c. a proposed briefing schedule regarding any motion for class certification.

IT IS SO ORDERED.

Dated: **August 29, 2021**           **/s/ Jennifer L. Thurston**
                              CHIEF UNITED STATES MAGISTRATE JUDGE