# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PABLO JIMENEZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>NESTLE WATERS NORTH AMERICA, INC.,<br><br>            Defendants. | Case No.: 1:20-cv-01762-NONE-JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br>(Doc. 14) |

The parties report that they have settled the matter and, as a part of the settlement, they will soon. (Doc. 14) Thus, the Court **ORDERS**:

1. The stay is **LIFTED**.
2. Either the stipulation to dismiss the action or to remand the action **SHALL** be filed **no later than December 3, 2021**.
3. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

   Dated:   **November 3, 2021**            _____ /s/ Jennifer L. Thurston
                                                            CHIEF UNITED STATES MAGISTRATE JUDGE