Larry W. Lee (State Bar No. 228175)
Kristen M. Agnew (State Bar No. 247656)
Nicholas Rosenthal (State Bar No. 268297)
**DIVERSITY LAW GROUP, P.C.**
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile

Attorneys for Plaintiff and the Class

Spencer C. Skeen CA Bar No. 182216
spencer.skeen@ogletree.com
Jesse C. Ferrantella CA Bar No. 279131
jesse.ferrantella@ogletree.com
Cameron O. Flynn CA Bar No. 301830
cameron.flynn@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA  92122
Telephone:     858-652-3100
Facsimile:      858-652-3101

Attorneys for Defendant Nestle Waters North America, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PABLO JIMENEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NESTLE WATERS NORTH AMERICA, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | No.: 1:20-cv-01762-NONE-JLT<br><br>JOINT STIPULATION FOR REMAND TO THE SUPERIOR COURT OF CALIFORNIA; AND ORDER |

Plaintiff Jose Pablo Jimenez ("Plaintiff") and Defendant Nestle Waters North America, Inc. ("Defendant") (collectively, the "Parties") by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on November 2, 2020, Plaintiff filed a Class Action Complaint for Damages ("Complaint") entitled *Jose Pablo Jimenez v. Nestle Waters North America, Inc.* in the Superior Court of California, County of Kern (Case No. BCV-20-102561) (the "Action");

WHEREAS, on December 11, 2020, Defendant filed an Answer to the Complaint in the Superior Court of California, County of Kern;

WHEREAS, on December 14, 2020, Defendant removed the Action to the United States District Court for the Eastern District of California;

WEREAS, on October 6, 2021, the Parties participated in private mediation and reached a settlement, the terms of which are memorialized in a memorandum of understanding;

WHEREAS, the memorandum of understanding provides that, as a condition of settlement, the Parties stipulate to remand the Action to the Superior Court of California, County of Kern;

WHEREAS, the Parties respectfully request that the Court remand the Action to the Superior Court of California, County of Kern; and

WHEREAS, the remand shall be without prejudice to Defendant's right to file a Notice of Removal consistent with the terms of 28 U.S.C. sections 1332, 1441 and 1446.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. This Action be remanded back to the Superior Court of California, County of Kern; and

2. All future dates and deadlines in this matter are hereby vacated.

IT IS SO STIPULATED.

DATED:  December 1, 2021         DIVERSITY LAW GROUP, P.C.


By:  /s/ Kristen M. Agnew
        Larry W. Lee
        Kristen M. Agnew
        Nicholas Rosenthal
Attorneys for Plaintiff and the Class


DATED:  December 1, 2021         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Jesse C. Ferrantella
        Spencer C. Skeen
        Jesse C. Ferrantella
        Cameron O. Flynn
Attorneys for Defendant


## **ORDER**

Pursuant to the Joint Stipulation for Remand to the Superior Court of California, and good cause appearing, it is hereby ordered that this matter entitled *Jose Pablo Jimenez v. Nestle Waters North America, Inc.* (No. 1:20-cv-01762-NONE-JLT) be remanded to Superior Court of the State of California, County of Kern.

IT IS SO ORDERED.

Dated:   **December 6, 2021**      _____
                                            UNITED STATES DISTRICT JUDGE